```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


IN RE:                         )
                               )
CHARLOTTE T. WILLIFORD         )
and KENNETH WILLIFORD,         )
                               )
    Debtors.                   )
                               )
CHARLOTTE T. WILLIFORE         )
and KENNETH WILLIFORD,         )
                               )
    Appellants,                )
                               )    CIVIL ACTION NO.
    v.                         )    3:05cv857-MHT
                               )        (WO)
KENNETH L. FUNDERBURK,         )
et al.,                        )
                               )
    Appellees.                 )
```

OPINION

Appellants Charlotte T. Williford and Kenneth Williford appeal from an order and decision of the Bankruptcy Court for the Middle District of Alabama granting summary judgment in favor of appellees Kenneth L. Funderburk, Thomas F. Worthy, and Funderburk, Day & Lane. After a de novo review of the record, this court fully agrees with the careful and thoughtful decision of the

bankruptcy court holding that some of the Willifords' evidence should be struck and that the Willifords failed to establish a claim under the Alabama Legal Services Liability Act, 1975 Ala. Code §§ 6-5-570 through -581.

An appropriate judgment will be entered.

DONE, this the 7th day of September, 2006.


                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE